**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Reinaldo Ramos Cabrera,**

**Plaintiff,**

**-against-**

**Jonathan Sorrells, et al.,**

**Defendants.**

**1:26-cv-00525 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This action was referred for early mediation through the Court's mediation program, which was scheduled to take place on September 29, 2026. (*See* Mediation Referral Order, ECF No. 10; 6/25/26 Docket Entry.) It is hereby ORDERED that, no later than Wednesday, October 14, 2026, the parties shall file a joint letter regarding the status of mediation.

**SO ORDERED.**

Dated: New York, New York
October 7, 2026

STEWART D. AARON
United States Magistrate Judge