**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Reinaldo Ramos Cabrera,**

**Plaintiff,**

**-against-**

**Jonathan Sorrells, et al.,**

**Defendants.**

**1:26-cv-00525 (SDA)**

**Carlos Gutierrez,**

**Plaintiff,**

**-against-**

**CRST Expedited Inc. and Jonathan Sorrells,**

**Defendants.**

**1:26-cv-02704 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following an Initial Pretrial Conference, and on consent of the parties, it is hereby ORDERED that the above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a). *See Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) *sua sponte*.").

The Clerk of the Court is respectfully requested to consolidate the above-captioned actions cases for further proceedings, with case number 26-cv-00525 being designated as the lead case.

It is further ORDERED that counsel for Carlos Gutierrez shall, no later than Monday, November 16, 2026, enter a Notice of Appearance in case number 26-cv-00525.

**SO ORDERED.**

Dated: New York, New York
November 9, 2026

Stewart d. Aaron
_____________________________________
STEWART D. AARON
United States Magistrate Judge